IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00266-CV

 

Gene C Steele, et AL.,

                                                                      Appellants

 v.

 

John B. McDonald, ET AL.,

                                                                      Appellees

 

 

 



From the 77th District Court

Limestone County, Texas

Trial Court No. 22179-A

 



ORDER



 








          The opinion and judgment dated October
26, 2005 are withdrawn, and this cause is reinstated on the Court’s docket.

PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

(Chief
Justice Gray dissents without a separate opinion)

Order issued and filed
December 22, 2005

[CV06]